# Mary D. Dorman
### Attorney At Law

134 West 26th Street
Suite 902
New York, N.Y. 10001
Tel: 646-230-7444
Fax: 646-230-7381
Email: mddorman@gmail.com

January 27, 2014

VIA FEDERAL EXPRESS

Honorable Deborah A. Batts
U.S. District Judge
US District Court, Southern District of New York
500 Pearl Street
New York, New York 10013

Re:   *Wermann v. Excel Dentistry P.C., et al.*
      13-CV-7028(DAB)

Dear Judge Batts:

We represent the Defendants in the above action, and write with regard to Defendants' letter dated January 21, 2014, requesting an immediate conference in anticipation of filing a motion to quash certain non-party subpoenas. Defendants have not responded to that letter, nor have they responded to our attempts to resolve the issue without motion practice.

The subpoenas in issue are returnable on January 31, 2014, and as stated in our previous letter, seek confidential information which is subject to the doctor-patient privilege, as well as virtually all of Dr. Medeiros' private financial information, which is irrelevant to any of the issues in this litigation and which we believe is solely designed to harass and inconvenience Dr. Medeiros. We believe an immediate telephone conference with the Court may assist in resolving this issue without the need for motion practice.

Very truly yours,

Mary D. Dorman, Esq.
Paul O'Dwyer, Esq.
Attorneys for Defendants

MDD:sp
cc.: David E. Gottlieb, Esq.
     Wigdor LLP
     Attorney for Plaintiff
     (via Federal Express)